# UNITED STATES DISTRICT COURT
# DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR GONZALEZ, an individual | CASE NO. 2:24-cv-00073-JGB-MAA |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| MICHAEL JAVIER SOLIS, et al., | |
| Defendants. | |

1

# JUDGMENT

On November 12, 2025, after full consideration of the briefing by the parties, the Court granted Defendants Arturo Flores, Cosme Lozano, Eduardo Martinez, Esmeralda Castillo De La Cruz, Jonathan Sanabria, Karina Macias, M. Bojorquez, Paul Munoz, S. Thoreson and R. Madrigal's (collectively "Defendants") Motion to Dismiss Plaintiff Oscar Adalberto Gonzalez Cordova's Third Amended Complaint on the merits and with prejudice.  (See, Dkt. 105).

All causes of action involving Defendants having been dismissed in favor of Defendants and against Plaintiff, and good cause appearing therefor,

**IT IS NOW ORDERED, ADJUDGED, AND DECREED** that:

1. Plaintiff Oscar Adalberto Gonzalez Cordova shall take nothing by way of his operative Third Amended Complaint (Dkt. 98) against Defendants;

2. Plaintiff Oscar Adalberto Gonzalez Cordova's entire action against Defendants shall be, and hereby is, dismissed on the merits and with prejudice;

3. Judgment is hereby entered in favor of Defendants and against Plaintiff Oscar Adalberto Gonzalez Cordova; and

4. Defendants shall be entitled to recover their costs of suit from Plaintiff Oscar Adalberto Gonzalez Cordova in accordance with applicable law.

**IT IS SO ORDERED.**

DATED: November 20, 2025

HON. JESUS G. BERNAL
United States District Judge